UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff: TRINITY BLK and TRINITY FINANCING INVESTMENTS CORP.

Defendant: INDUSTRIAL ENTERPRISES OF AMERICA, BECKSTEAD and WATTS LLP, JOHN MAZZUTO, JAMES MARGULIES and DENNIS O'NEILL and JORGE TEPES

Case No. 08 CV 0583

JUDGE MARRERO

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __Plaintiffs__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

JAN 2 3 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Date: 1/23/08

Signature of Attorney

Attorney Bar Code: MB 5416

Form Rule7_1.pdf