United States District Court
Southern District of New York

---

Trinity Bui, et al.,

                Plaintiff(s),

-against-

Industrial Enterprises of America, Inc., et al.,

                Defendant(s).

AFFIDAVIT OF SERVICE
Case No: 08 CV 0583

---

State of New York )
                      ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen years and is a resident of New York State and is not a party to this action. That on February 11, 2008 at approximately 1:10 p.m. deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law; Summons in a Civil Action and Complaint, Rule 7.1 Statement, Individual Practices of United States District Judge Victor Marrero, Southern District of New York, Trial Procedures of United States District Judge Victor Marrero, Southern District of New York, Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Guidelines for Electronic Case Filing dated December 1, 2003, Procedures for Electronic Case Filing dated March 6, 2003, Individual Practices of Magistrate Judge Andrew J. Peck; that the corporation served was Industrial Enterprises of America, Inc., a foreign business corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the Department of State located in the City of Albany, New York by delivering to and leaving the papers with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0"-5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

                                                                Mary M. Bonville

Sworn to before me this 11th day of February, 2008

Ruth A. Dennehey
Notary Public – State of New York
Qualified in Albany County
Registration No. 4729775
Commission Expires: 11-30-2010

Nicoletti & Harris, Inc.,
116 John Street, Ste 300
New York, NY 10038

State of New York - Department of State
Receipt for Service

Receipt #:  200802120322                         Cash #:  200802120160
Date of Service:  02/11/2008                     Fee Paid:  $40 - CHECK
Service Company:  34 NICOLETTI & HARRIS INC. - 34

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  INDUSTRIAL ENTERPRISES OF AMERICA, INC.


Plaintiff/Petitioner:
        BUI, TRINITY



Service of Process Address:
INDUSTRIAL ENTERPRISES OF AMERICA, INC.
711 THIRD AVENUE SUITE 1505
NEW YORK, NY 10017

                                            Secretary of State
                                            By   CAROL VOGT