Amended

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRINITY BUI and TRINITY FINANCING
INVESTMENTS CORPORATION,
V.
INDUSTRIAL ENTERPRISES OF
AMERICA, INC., et al.

Case No.: 08 CV 0583

AFFIDAVIT OF SERVICE

State of Nevada
        ss.
County of Clark

JOHN ELY, being duly sworn says: That at all times herein affiant was over 18 years of Age, licensed to serve civil process in the State of Nevada under license number 662, not a party to or interested in the proceeding in which this affidavit is made. That Affiant received one copy of the SUMMONS IN A CIVIL ACTION and COMPLAINT, JURY TRIAL DEMANDED on the 12TH day of FEBRUARY, 2008 and served the same by delivering a copy to the Defendant, BECKSTEAD AND WATTS, LLP, in the following manner: By personal service to G. BRAD BECKSTEAD, Resident Agent.

His physical description: Caucasian, male, mid forties, brown hair, 5'10", 170 pounds.

He stated that he is not in any military service.

Date/Time Served   FEBRUARY 12, 2008, 3:12 P.M.

Served To   G. BRAD BECKSTEAD

Served At   2425 W HORIZON RIDGE PKWY

HENDERSON NEVADA 89052

Subscribed and Sworn to
before me this date
2/12/2008

Signature of Affiant
Served For:

NICOLETTI & HARRIS, INC.
116 JOHN ST STE 300
NEW YORK, NY 10038

212 267-6448

TRINITY BUI   29191

Nicoletti & Harris, Inc.,
116 John Street
New York, NY 10038

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
J. M. HARHAY
Appt. No. 04-90266-1
My Appt. Expires July 9, 2008