UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF SOUTHERN DISTRICT
-----------------------------------------------------------X   Index No.   08 CV 0583
TRINITY BUI, ET AL,

      Plaintiff(s)
 Against:           Affidavit of Service of
INDUSTRIAL ENTERPRISES OF AMERICA INC., ET AL, Summons and Complaint

      Defendant(s)
-----------------------------------------------------------X

STATE OF PENNSYLVANIA, COUNTY OF , SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at STATE OF PENNSYLVANIA

That on February 11, 2008 at 11:50 AM at the address
  FORSTER PLAZA
  651 HOLIDAY
  PITTSBURG, PA 15220

deponent served the within Summons and Complaint

UPON:  INDUSTRIAL ENTERPRISES OF AMERICA INC.

By personally delivering a true copy of the Summons and Complaint to MIA BURTON, OPERATIONS MANAGER, managing agent thereof.

Deponent describes the person actually served as follows:
SEX: FEMALE
SKIN: White
HAIR: Black
AGE: 21-35
HEIGHT: 5'4"-5'8"
WEIGHT: Over 200

✓  I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations recounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or the Federal statutes.

Sworn to before me this 19th day of March, 2008

CARMEN J. CICCARELLI
LICENSE NO.:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Lisa A. Moretti, Notary Public
Carnegie Boro, Allegheny County
My Commission Expires Nov. 5, 2009
Member, Pennsylvania Association of Notaries

NICOLETTI & HARRIS, INC.  116 JOHN STREET, STE. 600  NEW YORK, N.Y. 10038  (212) 267-6448  FAX: 267-5642