UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TRINITY BUI and TRINITY FINANCING
INVESTMENTS CORPORATION,

                Plaintiff,

–against–

INDUSTRIAL ENTERPRISES OF AMERICA INC.,
BECKSTEAD AND WATTS, LLP,
JOHN MAZZUTO, JAMES MARGULIES,
DENNIS O'NEILL, and JORGE YEPES,

                Defendants.
----------------------------------------------------------------x

Case No.: 08 CV 0583(VM)

**DEFAULT JUDGMENT**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-08

This action having been commenced on January 23, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, INDUSTRIAL ENTERPRISES OF AMERICA INC., on February 11, 2008 and defendant, BECKSTEAD AND WATTS, LLP, on February 12, 2008 and these defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED ADJUDGED AND DECREED: That the plaintiffs have judgment against defendants, INDUSTRIAL ENTERPRISES OF AMERICA INC and BECKSTEAD AND WATTS, LLP, in the amount of $1,991,329.19 with interest at 9% from November 6, 2007 amounting to $2,066,217.00 on the first cause of action, awarding damages to be determined at Inquest on the remaining causes of action, plus costs and disbursements of this action in an amount to be determined at Inquest.

Dated: New York, New York
     10 April 2008

_____
Victor Marrero
U.S.D.J.

This document was entered on the docket on _____