# BARROWS & ASSOCIATES, PLLC
Attorneys at Law

330 Madison Avenue • 6th Floor
New York, New York 10017
Tel. 212-573-0979
Fax. 212-573-0983
www.barrowslaw.com

April 24, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-08
```

**BY FACSIMILE (212) 805-6382**
United States District Court Judge Victor Marrero
United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

      Re: Trinity Bui and Trinity Financing Investments Corp. v.
          Industrial Enterprises of America Inc et al.
          S.D.N.Y. Case No.: 08 CV 0583(VM)

Dear District Court Judge Marrero:

Plaintiffs respectfully request an adjournment of the Inquest in the above-referenced matter that is scheduled for April 25, 2008. I did not realize that in addition to granting plaintiff's motion for default judgment, Your Honor had at the same time scheduled an Inquest on the remaining causes of action. I humbly apologize for this oversight and request that this Court reschedule such Inquest.

This communication is being simultaneously served on the defaulting defendants by certified mail, return receipt requested.

Respectfully yours,

Michael C. Barrows, Esq. (MB 5416)

cc. Industrial Enterprises of America Inc.
    Beckstead and Watts, LLP

---

Request GRANTED. The inquest on damages conference herein is rescheduled to 5-9-08 at 1:30 p.m. Plaintiffs are directed to serve notice on defaulting defendants by certified mail return receipt requested.
SO ORDERED.

4-24-08
DATE      VICTOR MARRERO, U.S.D.J.