# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08CV0583

Plaintiff:
TRINITY BUI AND TRINITY FINANCING INVESTMENTS CORPORATION
vs.
Defendant:
INDUSTRIAL ENTERPRISES OF AMERICA INC, ET AL.,

**ORIGINAL**

For:
Michael C. Barrows, Esquire
BARROWS & ASSOCIATED PLLC
330 Madison Avenue 6th Floor
New York, NY 10017

Received by NICOLETTI & HARRIS INC on the 26th day of March, 2008 at 2:55 pm to be served on **JOHN MAZZUTO. 11503 GREEN BAYBERRY DRIVE, PALM BEACH GARDENS, FL 33418**.

I, Alan J. Cutler, being duly sworn, depose and say that on the **29th day of March, 2008** at **9:10 am, I:**

**PERSONALLY SERVED** the within named person with a true copy of the **Summons and Complaint and Exibit(s)** with the date and time endorsed thereon by me, pursuant to state statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

**Description** of Person Served: Age: 50S, Sex: M, Race/Skin Color: White, Height: 5-10, Weight: 220, Hair: Balding, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served.

[Notary Stamp: CARL W. WOODS, Notary Public - State of Florida, My Commission Expires Jan 13, 2012, Commission # DD 714379, Bonded Through National Notary Assn.]

Alan J. Cutler
Court Officer #843

Subscribed and Sworn to before me on the 31st day of March, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLETTI & HARRIS INC
116 John Street
New York, NY 10038
(212) 267-6448

Our Job Serial Number: 2008034473

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j