UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x

TRINITY BUI and TRINITY FINANCING       :     08 CV 0583 (VM)
INVESTMENTS CORPORATION,

                                    :     **<u>MOTION TO DISMISS</u>**
                    Plaintiffs,

                                      :

     - against -                              :

INDUSTRIAL ENTERPRISES OF AMERICA, INC.,   :
BECKSTEAD AND WATTS, LLP,
JOHN MAZZUTO, JAMES MARGULIES,          :
DENNIS O'NEILL, and JORGE YEPES,

                                      :

                 Defendants.          :

--------------------------------------------------------------------------x

     Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private

Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b), Defendants

Industrial Enterprises Of America, Inc., James Margulies, and Dennis O'Neill

respectfully moves this Court to dismiss with prejudice the claims asserted against it in

Plaintiffs' Complaint, filed January 23, 2008.  This Motion is supported by the

accompanying Memorandum of Law in Support of the Motion to Dismiss.

Dated: New York, New York
      May 9, 2008

                          GANFER & SHORE, LLP

                          By: _____
                              Thomas J. Curran (TC-2020)
                              Allen L. Finkelstein (AF-2440)
                              William D. McCracken (WM-1622)
                        360 Lexington Avenue
                        New York, New York 10017
                        (212) 922-9250

                        *Attorneys for Industrial Enterprises Of America,*
                        *Inc., James Margulies, and Dennis O'Neill*

To:  Michael C. Barrows, Esq.
     BARROWS & ASSOCIATED PLLC
     *Attorney for Plaintiffs*
     330 Madison Avenue, 6th Floor
     New York, New York 10017
     (212) 573-0979

     Leon Borstein, Esq.
     BORSTEIN & SHEINBAUM
     *Of Counsel*
     420 Lexington Avenue, Suite 2920
     New York, New York 10170
     (212) 687-1600