UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| TRINITY BUI and TRINITY FINANCING INVESTMENTS CORPORATION, | 08 CV 0583 (VM) |
| Plaintiffs, | **RULE 7.1 STATEMENT** |
| - against - | |
| INDUSTRIAL ENTERPRISES OF AMERICA, INC., BECKSTEAD AND WATTS, LLP, JOHN MAZZUTO, JAMES MARGULIES, DENNIS O'NEILL, and JORGE YEPES, | |
| Defendants. | |

------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant INDUSTRIAL ENTERPRISES OF AMERICA, INC. states that this defendant has no parent corporations, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
May 9, 2008

GANFER & SHORE, LLP

By: _____
Thomas J. Curran (TC-2020)
Allen L. Finkelstein (AF-2440)
William D. McCracken (WM-1622)
360 Lexington Avenue
New York, New York 10017
(212) 922-9250

*Attorneys for Industrial Enterprises Of America, Inc., James Margulies, and Dennis O'Neill*