UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TRINITY BUI and TRINITY FINANCING INVESTMENTS CORPORATION,

        Plaintiffs,

- against -

INDUSTRIAL ENTERPRISES OF AMERICA, INC.,
BECKSTEAD AND WATTS, LLP,
JOHN MAZZUTO, JAMES MARGULIES,
DENNIS O'NEILL, and JORGE YEPES,

        Defendants.

------------------------------------------------------------------x

08 CV 0583 (VM)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2008, counsel for Defendants Industrial Enterprises Of America, Inc., James Margulies, and Dennis O'Neill served the Motion to Dismiss, Memorandum of Law in Support of the Motion to Dismiss, and the Rule 7.1 Statement, by ECF and by first class mail, upon the following parties and participants.

Michael C. Barrows, Esq.
BARROWS & ASSOCIATED PLLC
*Attorney for Plaintiffs*
330 Madison Avenue, 6th Floor
New York, New York 10017
(212) 573-0979

Leon Borstein, Esq.
BORSTEIN & SHEINBAUM
*Of Counsel*
420 Lexington Avenue, Suite 2920
New York, New York 10170
(212) 687-1600

Dated: New York, New York
      May 9, 2008

GANFER & SHORE, LLP

By: _/s/_
Thomas J. Curran (TC-2020)
Allen L. Finkelstein (AF-2440)
William D. McCracken (WM-1622)
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
*Attorneys for Industrial Enterprises Of America, Inc., James Margulies, and Dennis O'Neill*