UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRINITY BUI and TRINITY FINANCING
INVESTMENTS CORPORATION,

          Case No.: 08 CV 0583(VM)

       Plaintiff,          **DEFAULT JUDGMENT**

   –against–

INDUSTRIAL ENTERPRISES OF AMERICA INC.,
BECKSTEAD AND WATTS, LLP,
JOHN MAZZUTO, JAMES MARGULIES,
DENNIS O'NEILL, and JORGE YEPES,

       Defendants.
-----------------------------------------------------------x

    This action having been commenced on January 23, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, JOHN MAZZUTO, on March 29, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED ADJUDGED AND DECREED: That the plaintiffs have judgment against defendant, JOHN MAZZUTO, in the amount of $1,991,329.19 with interest at 9% from November 6, 2007 amounting to $2,066,217.00 on the first cause of action, awarding damages to be determined at Inquest on the remaining causes of action, plus costs and disbursements of this action in an amount to be determined at Inquest.

Dated: New York, New York
      21 July 2008

                                              Victor Marrero   U.S.D.J.

                                              This document was entered on the docket on _____

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```