
# HOGUET NEWMAN
# REGAL & KENNEY,LLP

10 East 40th Street  
New York, New York 10016

Tel 212.689.8808  
Fax 212.689.5101  
www.hnrklaw.com

November 10, 2008

**BY FACSIMILE** (2 pages) (212-805-6382)

Honorable Victor Marrero  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street, Room 660  
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-11-08
```

    Re:    Trinity Bui et al. v. Industrial Enterprises of America, Inc., et al.,  
            No. 1:08-cv-00583 (VM)

Dear Judge Marrero:

    We represent defendant John Mazzuto in the above-referenced matter. We respectfully request leave for Mr. Mazzuto to join the motion by defendants Industrial Enterprises of America, Inc., James Margulies and Dennis O'Neill (the "IEAM Defendants") to dismiss the Complaint and the Amended Complaint (to the extent it is properly filed) and to deny plaintiffs leave to replead.

    If granted leave, Mr. Mazzuto intends to move to dismiss the Complaint and Amended Complaint on substantially the same grounds as those set forth in the IEAM Defendants' motion dated May 9, 2008, and their letter to the Court dated November 7, 2008. As we noted in our letter dated October 30, 2008, the only allegations in the Complaint that name Mr. Mazzuto are paragraph 10, in which plaintiffs allege that Mr. Mazzuto held various positions at IEAM and paragraph 14, in which plaintiffs define the term "Individual Defendants" to include Mr. Mazzuto. The Amended Complaint adds only two references to Mr. Mazzuto: paragraph 40, in which plaintiffs allege that Mr. Mazzuto "resigned in disrepute" as CEO of IEAM; and paragraph 69, in which plaintiffs allege that IEAM's directors and officers, including Mr. Mazzuto, instructed IEAM's attorneys to settle a prior case with plaintiffs by a certain date. As the IEAM Defendants explain, the Amended Complaint fails to remedy the defects identified in their motion to dismiss the Complaint.


Honorable Victor Marrero
November 10, 2008
Page 2 of 2

    We are available to discuss this matter at the Court's request and convenience. We thank the Court for its consideration.

                                      Respectfully submitted,

                                      Sheryl B. Galler

cc by facsimile:
    Michael C. Barrows, Esq. (212-573-0983)
    Leon B. Borstein, Esq. (212-687-8710)
    Thomas J. Curran, Esq. (212-922-9335)
    William McCracken, Esq. (212-922-9335)

> Request GRANTED. Defendant John Mazzuto is authorized to join the motions of the co-defendants in this case to dismiss the Amended Complaint and deny leave to replead. The Court deems this letter sufficient to record defendant's notice of
> **SO ORDERED:** and asserting substantially the same grounds as co-defendants. No further submissions shall be necessary.
> DATE 12-17-08 VICTOR MARRERO, U.S.D.J.